# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

### JUDGMENT IN A CIVIL CASE

JOANN GORDON,
Plaintiff,

CASE NUMBER: 1:11-cv-1107-B

v.

VOLUNTEER HOME CARE, INC.,
Defendant,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Stipulation entered in the above-styled matter on 3/2/2012, this case is hereby Dismissed with prejudice.

**APPROVED:**

s/J. Daniel Breen
United States District Judge

THOMAS M. GOULD
CLERK

BY: s/Anna Jordan
DEPUTY CLERK